JESSE S. PHILLIPS, as Superintendent of Insurance of the State of New York, Respondent, v. MARYLAND CASUALTY COMPANY, Defendant, Appellant. (Seneca Action.) — Motion of plaintiff to amend order denied. Motion of defendant to amend order granted, and order amended by inserting therein the following provision: The court further finds that irrespective of the evidence as to the Boland Company overdrafts and irrespective of defendant's Exhibit No. 13, the Seneca Fire Insurance Company, at the time it procured the bond in suit, had knowledge of the insolvency of the North Penn Bank.

JESSE S. PHILLIPS, as Superintendent of Insurance of the State of New York, Respondent, v. UNITED STATES FIDELITY AND GUARANTY COMPANY, Defendant, Appellant. (New York National Action.) — Motion of plaintiff to amend order denied.

ELIZABETH SKEELS, as Administratrix, etc., of MYRON J. SKEELS, Deceased, Appellant, v. THE PAUL SMITH'S HOTEL COMPANY and Others, Respondents.— Judgment unanimously affirmed, with costs.

WILLIAM SCHOLING, as Administrator, etc., of KUNI SCHOLING, Deceased, Appellant, v. CHARLES R. O'CONNOR and Another, Respondents.— Order unanimously affirmed, with ten dollars costs and disbursements.

CHARLES STURM, Respondent, v. WILLIAMS OVEN MANUFACTURING COMPANY, Appellant.— Motion for reargument or for leave to appeal to the Court of Appeals denied, with ten dollars costs. Stay heretofore granted vacated.

TODD-BUICK, INC., Respondent, v. G. E. SMITH, Appellant.— Order unanimously affirmed, with ten dollars costs and disbursements.

ADELBERT L. TRAVER, Respondent, v. THE BEATTIE MANUFACTURING COMPANY, Appellant.— Motion granted unless appellant, within twenty days, pays ten dollars costs of motion, in which event motion is denied.

ELLIOTT G. VAN DERMOOR, as Ancillary Executor, etc., of WILLIAM VAN DERMOOR, Deceased, Respondent, v. HOMER STRONG, Appellant, Impleaded with Others.— Judgment unanimously affirmed, with costs.

FOREST B. WOOD, as Trustee in Bankruptcy of ELIAS G. BROWN, Bankrupt, Respondent, v. ELIAS G. BROWN and ADELAIDE E. BROWN, Defendants, Impleaded with HELEN E. BROWN, Appellant.— Judgment and order unanimously affirmed, with costs.